# United States Court of Appeals
## For the First Circuit

---

No. 03-2337

UNITED STATES OF AMERICA,

Appellant,

v.

MARY REGINA ELIZABETH GORSUCH,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on July 14, 2004 is amended as follows:

On page 2, line 3, replace 'revolver' with 'handgun.'